IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:17cr33-MHT** |
| | ) | **(WO)** |
| **WILLIAM EDWARD ROBINSON** | ) | |
| **and SANDRA WRIGHT TAYLOR** | ) | |

### ORDER

In light of the filing of a superseding indictment (doc. no. 23), it is ORDERED that the motion to dismiss indictment with prejudice (doc. no. 27) is granted, and the original indictment (doc. no. 4) is dismissed.

DONE, this the 17th day of March, 2017.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**