IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cr33-MHT |
| | ) | (WO) |
| WILLIAM EDWARD ROBINSON | ) | |
| and SANDRA WRIGHT TAYLOR | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on October 3, 2017, this court entered a preliminary order of forfeiture (doc. no. 65) forfeiting defendants' interest in the following property to the United States: Taurus, model PT709 Slim, 9mm semi-automatic pistol, sn: TGN21101; AMT, model Back Up, .380 caliber semi-automatic pistol, sn: C02169; Browning, model Baby, 6.35mm semi-automatic pistol, sn: 51025; U.S. Revolver Company (Iver Johnson), model Double Action, .32 caliber revolver, sn: 15472; Colt, model Third Model, .41 caliber derringer, sn: 15221; CBC, model 715T, .22 caliber semi-automatic rifle, sn: EMB3656228; Mauser, model MM 410B, .22 caliber semi-automatic rifle, sn: 206345;

Hamilton Rifle Company, model 27, .22 caliber rifle, sn: none; U.S. Carbine, model M1, .30 caliber semi-automatic rifle, sn: 427516; Arisaka, model Type 99, 7.7mm caliber rifle, sn: 5993; Remington Arms Company, Inc., model Nylon 66, .22 caliber semi-automatic rifle, sn: 2113083; High Standard, model Riot 18-7, 12 gauge shotgun, sn: none; Ruger, model 10/22, .22 caliber semi-automatic rifle, sn: 828-46763; Pietta, model Bantam, .22 caliber rifle, sn: 1735; Savage, model Stevens 12 Marksman, .22 caliber rifle, sn: F240; Eclipse Gun Company, model unknown, 12 gauge shotgun, sn: 171411; Central Arms Company (Shapleighs), model unknown, 12 gauge shotgun, sn: 178945; STEN-type machinegun, sn: none; STEN-type machinegun receiver, sn: U97997; STEN-type frame, sn: none; and, miscellaneous ammunition;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and

the only potential claimants are the defendants, and the government gave defendants notice in the superseding indictment (doc. no. 23) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. §§ 922(g)(1), 924(c)(1)(A)(i), 1029(a)(4) and (c)(1)(a)(ii); 21 U.S.C. §§ 841, 843(b), 846, 856(a) and 26 U.S.C. §§ 5841, 5861(d) and 5871; and,

**WHEREAS,** the court finds that defendants have an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); 21 U.S.C. § 853 and 26 U.S.C. § 5872 by U.S.C. 2461(c); and the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. §§ 922(g)(1), 1029(a)(4) and (c)(1)(a)(ii); 21 U.S.C. §§ 843(b), 846, 856(a) and 26 U.S.C. §§ 5841, 5861(d) and 5871;

It is ORDERED that the United States's motion for a final order of forfeiture (doc. no. 111) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); 21 U.S.C. § 853 and 26 U.S.C. § 5872 by U.S.C. 2461(c):

(a) Taurus, model PT709 Slim, 9mm semi-automatic pistol, sn: TGN21101;

(b) AMT, model Back Up, .380 caliber semi-automatic pistol, sn: C02169;

(c) Browning, model Baby, 6.35mm semi-automatic pistol, sn: 51025;

(d) U.S. Revolver Company (Iver Johnson), model Double Action, .32 caliber revolver, sn: 15472;

(e) Colt, model Third Model, .41 caliber derringer, sn: 15221;

(f) CBC, model 715T, .22 caliber semi-automatic rifle, sn: EMB3656228;

(g) Mauser, model MM 410B, .22 caliber semi-automatic rifle, sn: 206345;

(h) Hamilton Rifle Company, model 27, .22 caliber rifle, sn: none;

(i) U.S. Carbine, model M1, .30 caliber semi-automatic rifle, sn: 427516;

(j) Arisaka, model Type 99, 7.7mm caliber rifle, sn: 5993;

(k) Remington Arms Company, Inc., model Nylon 66, .22 caliber semi-automatic rifle, sn: 2113083;

(l) High Standard, model Riot 18-7, 12 gauge shotgun, sn: none;

(m) Ruger, model 10/22, .22 caliber semi-automatic rifle, sn: 828-46763;

(n) Pietta, model Bantam, .22 caliber rifle, sn: 1735;

(o) Savage, model Stevens 12 Marksman, .22 caliber rifle, sn: F240;

(p) Eclipse Gun Company, model unknown, 12 gauge shotgun, sn: 171411;

(q) Central Arms Company (Shapleighs), model unknown, 12 gauge shotgun, sn: 178945;

(r) STEN-type machinegun, sn: none;

(s) STEN-type machinegun receiver, sn: U97997;

(t) STEN-type frame, sn: none; and,

(u) Miscellaneous ammunition.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 2nd day of February, 2018.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**